UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO ORTIZ SALAZAR,<br><br>　　　　　Petitioner,<br><br>　　　v.<br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | Case No. 2:22-cv-8881-MWF (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The allotted time for Objections has passed and no Objections were filed. The Court accepts the findings and recommendation of the Magistrate Judge, with one exception: The finding of a lack of jurisdiction, inherent in mootness, means that the dismissal is not on the merits, and therefore will not be with prejudice.

IT IS THEREFORE ORDERED that Judgment be entered (1) GRANTING the Motion to Dismiss; (2) DENYING the Petition for a Writ of Habeas Corpus; and (2) DISMISSING this action without prejudice.

Dated: April 18, 2023

　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　United States District Judge